**CONPLETE DOCUMENT ON FILE IN CLERK'S OFFICE**

EXHIBIT 1

Dockets.Justia.com