**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN RE: SUBPOENA DUCES TECUM ISSUED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO IN:**<br><br>**JOANNE SIEGEL and LAURA SIEGEL LARSON,**<br><br>　　　　　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**WARNER BROS. ENTERTAINMENT INC., et al.,**<br><br>　　　　　　　　　**Defendants.** | Misc. Case No. 1:06MC0099<br><br>Case Nos.　SA CV 04-8400 SGL (RZx)<br>　　　　　　　SA CV 04-8776 SGL (RZx)<br><br>(Consolidated for Discovery Purposes)<br><br>Action Pending in the U.S. District<br>Court for the Central District of California |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Rule 83.5(h), Movants Warner Bros. Entertainment Inc., Time Warner Inc., Warner Communications Inc., Warner Bros. Television Production Inc., and defendant-counterclaimant DC Comics, (collectively "Movants"), respectfully request that the Court grant Roger L. Zissu admission *pro hac vice*. Mr. Zissu's affidavit in support of this Motion is attached as Exhibit 1. The *pro hac vice* admission fee of $100 has been paid via credit card.

WHEREFORE, Movants respectfully request this Court grant Mr. Zissu's admission *pro hac vice*.

CLI-1488090v1

| | |
|---|---|
| Dated: January 30, 2007 | Respectfully submitted, |

                                              By    s/ Meggan A. Rawlin

                                                        David A. Kutik  (0006418)
                                                        Meggan A. Rawlin  (0074215)
                                                        JONES DAY
                                                        North Point
                                                        901 Lakeside Avenue
                                                         Cleveland, Ohio  44114-1190
                                                         Telephone:  (216) 586-3939
                                                         Facsimile:  (216) 579-0212
                                                         dakutik@jonesday.com
                                                         mrawlin@jonesday.com

                                                         Counsel for Movants

Of counsel:

   Roger L. Zissu
   James D. Weinberger
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   866 United Nations Plaza
   New York, New York 10017
   Phone: (212) 813-5900
   Fax: (212) 813-5901

# CERTIFICATE OF SERVICE

Movants Warner Bros. Entertainment Inc., Time Warner Inc., Warner Communications Inc., Warner Bros. Television Production Inc., and defendant-counterclaimant DC Comics hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was served on January 30, 2007 via the Court's electronic case filing system on the following counsel:

>Marc Toberoff, Esq.
>Law Offices of Marc Toberoff, PLC
>2049 Century Park East, Suite 2720
>Los Angeles, CA 90067
>Telephone: (310) 246-3333
>Facsimile: (310) 246-3101
>
>Joshua Ryland, Esq.
>Renner Otto Boisselle & Sklar, LLP
>1621 Euclid Avenue, Ninth Floor
>Cleveland, Ohio 44115
>Telephone: (216) 621-1113
>Facsimile: (216) 621-6165

>s/ Meggan A. Rawlin
>Counsel for Movants