**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN RE: SUBPOENA DUCES TECUM ISSUED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO IN:** | **Misc. Case No. 1:06MC0099** |
| | Case Nos.   SA CV 04-8400 SGL (RZx) |
| **JOANNE SIEGEL and LAURA SIEGEL LARSON,** | SA CV 04-8776 SGL (RZx) |
| **Plaintiffs,** | (Consolidated for Discovery Purposes) |
| **v.** | Action Pending in the U.S. District Court for the Central District of California |
| **WARNER BROS. ENTERTAINMENT INC., et al.,** | |
| **Defendants.** | |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Rule 83.5(h), Movants Warner Bros. Entertainment Inc., Time

Warner Inc., Warner Communications Inc., Warner Bros. Television Production Inc., and

defendant-counterclaimant DC Comics, (collectively "Movants"), respectfully request that the

Court grant James D. Weinberger admission *pro hac vice*.  Mr. Weinberger's affidavit in support

of this Motion is attached as Exhibit 1.  The *pro hac vice* admission fee of $100 has been paid

via credit card.

WHEREFORE, Movants respectfully request this Court grant Mr. Weinberger's

admission *pro hac vice*.

Dated:  January 30, 2007                        Respectfully submitted,

By       <u>s/ Meggan A. Rawlin</u>
           David A. Kutik  (0006418)
           Meggan A. Rawlin  (0074215)
           JONES DAY
           North Point
           901 Lakeside Avenue
           Cleveland, Ohio  44114-1190
           Telephone:  (216) 586-3939
           Facsimile:  (216) 579-0212
           dakutik@jonesday.com
           mrawlin@jonesday.com

           Counsel for Movants

Of counsel:

   Roger L. Zissu
   James D. Weinberger
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   866 United Nations Plaza
   New York, New York 10017
   Phone: (212) 813-5900
   Fax: (212) 813-5901

## CERTIFICATE OF SERVICE

Movants Warner Bros. Entertainment Inc., Time Warner Inc., Warner Communications Inc., Warner Bros. Television Production Inc., and defendant-counterclaimant DC Comics hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was served on January 30, 2007 via the Court's electronic case filing system on the following counsel:

Marc Toberoff, Esq.
Law Offices of Marc Toberoff, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone:  (310) 246-3333
Facsimile:  (310) 246-3101

Joshua Ryland, Esq.
Renner Otto Boisselle & Sklar, LLP
1621 Euclid Avenue, Ninth Floor
Cleveland, Ohio 44115
Telephone:  (216) 621-1113
Facsimile:  (216) 621-6165

s/ Meggan A. Rawlin
Counsel for Movants