# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: SUBPOENA DUCES TECUM ISSUED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO IN: <br><br> JOANNE SIEGEL and LAURA SIEGEL LARSON, <br><br>       Plaintiffs, <br><br>       v. <br><br> WARNER BROS. ENTERTAINMENT INC., et al., <br><br>       Defendants. | Misc. Case No. 1:06MC0099 <br><br> JUDGE SOLOMON OLIVER, JR. |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Rule 83.5(h), Respondent Don Bulson respectfully requests that the Court grant Marc Toberoff admission *pro hac vice*. Mr. Toberoff's affidavit in support of this Motion is attached as Exhibit 1. The *pro hac vice* admission fee of $100 has been paid via credit card.

Dated: February 1, 2007        Respectfully submitted,

                               s/ Joshua M. Ryland
                               Joshua M. Ryland (0071758)
                               RENNER OTTO BOISSELLE & SKLAR, LLP
                               1621 Euclid Avenue, 19th Floor
                               Cleveland, Ohio 44115
                               Tel: (216) 621-1113
                               Fax: (216) 621-6165

Marc Toberoff
Nicholas C. Williamson
LAW OFFICES OF MARC TOBEROFF, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101

*Counsel for Don Bulson.*

**CERTIFICATE OF SERVICE**

Respondent Don W. Bulson, Esq. hereby certifies that a copy of the foregoing Motion for Admission *Pro Hac Vice* was served on February 1, 2007 via the Court's electronic case filing system on the following counsel:

>Meggan A. Rawlin, Esq.
>Jones Day
>North Point
>901 Lakeside Avenue
>Cleveland, OH 44114
>Tel: (216) 586-3939
>Fax: (216) 579-0212
>
>James D. Weinberger, Esq.
>Fross Zelnick Lehrman & Zissu, P.C.
>866 United Nations Plaza
>New York, NY 10017
>Fax: 212-813-5901

>s/ Joshua M. Ryland
>*Counsel for Don Bulson*