## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: SUBPOENA DUCES TECUM ISSUED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO IN:<br><br>JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>               **Plaintiffs,**<br><br>      v.<br><br>WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>               **Defendants.** | Misc. Case No. 1:06MC0099<br><br>Case Nos.   SA CV 04-8400 SGL (RZx)<br>                   SA CV 04-8776 SGL (RZx)<br><br>(Consolidated for Discovery Purposes)<br><br>Action Pending in the U.S. District Court for the Central District of California |

### JOINT MOTION OF MOVANTS, DON BULSON ESQ., AND PLAINTIFFS TO CONTINUE DEPOSITION PENDING COURT ORDER ON OBJECTIONS TO REVISED PRIVILEGE LOG

Movants Warner Bros. Entertainment Inc., Time Warner Inc., Warner Communications Inc., Warner Bros. Television Production Inc. and DC Comics, (collectively "Movants"), by and through counsel, Jones Day, Don Bulson Esq. ("Bulson"), by and through counsel Renner Otto Boiselle & Sklar, LLP and Law Offices of Marc Toberoff, P.C., and plaintiffs in the underlying actions Joanne Siegel and Laura Siegel Larson, by and through counsel Law Offices of Marc Toberoff, P.C., hereby jointly move this Court to modify the Amended Order dated February 5, 2008 so that the deposition of Mr. Bulson pursuant to the August 10, 2006 subpoena is to take place 21 days (including weekends and holidays) following entry of an Order by the Court on Movants' February 19, 2008 Objections to Revised Privilege Log.

|  |  |
|---|---|
| Respectfully submitted, | JONES DAY |

                                        By s/ Meggan A. Rawlin
                                              David A. Kutik
                                              Meggan A. Rawlin
                                              North Point
                                              901 Lakeside Avenue
                                              Cleveland, Ohio 44114-1190
                                              216.586.3939
                                              216.579.0212 (fax)

                                              Counsel for Movants

Of counsel:

FROSS ZELNICK LEHRMAN & ZISSU, PC
Roger L. Zissu
James D. Weinberger
866 United Nations Plaza
New York, New York 10017
Phone: 212.813.5900
Fax: 212.813.5901

                                        RENNER OTTO BOISELLE & SKLAR, LLP

                                        By s/ Joshua M. Ryland (w/consent by M. Rawlin)
                                              Joshua M. Ryland
                                              19th Floor
                                              1621 Euclid Avenue
                                              Cleveland, Ohio 44115
                                              216.621.1113

                                              Counsel for Don Bulson, Esq.

LAW OFFICES OF MARC TOBEROFF, P.C.

                                        By s/ Marc Toberoff (w/consent by M. Rawlin)
                                              Marc Toberoff
                                              2049 Century Park East, Suite 2720
                                              Los Angeles, California 90067
                                              310.246.3333

                                              Counsel for Don Bulson, Esq. and Plaintiffs

## CERTIFICATE OF SERVICE

The foregoing Joint Motion of Movants, Don Bulson Esq., and Plaintiffs to continue Deposition Pending Court Order on Objections to Revised Privilege Log was served this 28th day of February, 2008, on all parties of record via the Court's electronic case filing system ("ECF").

    s/ Meggan A. Rawlin
David A. Kutik
Meggan A. Rawlin
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
216.586.3939
216.579.0212 (fax)

Counsel for Movants